*Alinor G. Sterling*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided July 8, 2010

## IN RE JAIDEN S.

The petition by the respondent father for certification for appeal from the Appellate Court, 120 Conn. App. 795 (AC 30703), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Rosemarie T. Weber*, in support of the petition.

*Amor C. Rosario*, assistant attorney general, in opposition.

Decided July 8, 2010

## D'ANGELO DEVELOPMENT AND CONSTRUCTION CORPORATION *v.* STEVEN P. CORDOVANO ET AL.

## SHARP COMPANY HOMES, INC. *v.* SARAH M. CORDOVANO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 121 Conn. App. 165 (AC 30151), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.